ATLAS FENCE COMPANY et al., complainants.

*v.*

WEST RIDGELAWN CEMETERY et al., defendants.

[Decided October 2d, 1936.]

*Messrs. Carey & Lane,* for the complainants.

*Mr. Louis Fast, Mr. Samuel Kessler, Mr. Abraham M. Herman, Mr. Arthur T. Vanderbilt, Mr. Ernest Kurzrok, Mr. Abraham Levitan, Messrs. Corbin & Harty* and *Mr. David T. Wilentz,* attorney-general, for the defendants.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Kays, and reported in *120 N. J. Eq. 239.*

